IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
JAMES H. WILLIAMS, #AH-8692,  )
                              )
     Plaintiff,               )
                              )
     v.                       ) C.A. 05-101
                              ) Judge McVerry
WILLIAM STICKMAN, et al.,     ) Magistrate Judge Caiazza
                              ) In Re: Doc. 48
     Defendants.              )
```

## MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on January 27, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on October 16, 2005, recommended that the Plaintiff's Motion for Preliminary Injunction (Doc. 37) be denied.

The parties were allowed ten days from the date of service to file objections.  Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Huntingdon, Huntingdon, Pennsylvania, where he is incarcerated and on the Defendant.  Objections were filed by the Plaintiff on November 1, 2006.  After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and

Recommendation and the objections thereto, the following order is entered:

AND NOW, this 8th day of November, 2006,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction (Doc. 37) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 46), dated October 16, 2006, is adopted as the opinion of the court.

                            s/Terrence F. McVerry
                            Terrence F. McVerry
                            U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

JAMES H. WILLIAMS
AY-8692
SCI Huntingdon
1100 Pike St.
Huntingdon, PA 16654

Craig E. Maravich, Esq.
Email: cmaravich@attorneygeneral.gov