```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

JAMES WILLIAMS,              )
                             )
          Plaintiff,         )    Civil Action No. 05-101
                             )
     v.                      )    Judge McVerry
                             )    Magistrate Judge Caiazza
WILLIAM S. STICKMAN, *et al.*, )
                             )
          Defendants.        )

## MEMORANDUM ORDER

This prisoner civil rights suit was commenced on January 27, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 13, 2007, recommended that the Defendants' Motion for Summary Judgment be granted. A copy of the Report and Recommendation was sent to the Plaintiff by First Class United States Mail to SCI Huntingdon, his place of incarceration. The parties were allowed ten days from the date of service to file objections. Objections were due on August 29, 2007. No objections have been filed.

After <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this <u>13th</u> day of <u>September</u>, <u>2007</u>,

     IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (Doc. 60) is GRANTED.

     The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 72), dated August 13, 2007, is adopted as the opinion of the court.

                                         BY THE COURT:

September 13, 2007                s/Terrence F. McVerry
                                             U.S. District Court Judge

cc:
JAMES H. WILLIAMS
AY-8692
SCI Huntingdon
1100 Pike St.
Huntingdon, PA 16654

Mariah Passarelli, Esquire
Email: mpassarelli@attorneygeneral.gov

Mary Lynch Friedline, Esquire
Email: mfriedline@attorneygeneral.gov